# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1685
LT Case No. 2023-CF-10125-A

_____

LIVINGSTON PERRY, IV,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville,
for Appellant.

James Uthmeier, Attorney General, and Tisha Meggs Pate,
Bureau Chief, Tallahassee, for Appellee.

July 2, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____